**No. 58985.**—Norman G. Jensen, Inc. *v.* United States, protest 170263–K (Duluth).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 58986.**—Mallars & Company et al. *v.* United States, protests144932–K/1910, etc. (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503) and *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.